AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>Tyrece R. Phillips<br><br>Defendant(s) | Case No.<br>2:24-mj-00173 |

**FILED OCT - 7 2024** RORY L. PERRY II, CLERK, U.S. District Court, Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 4, 2024__ in the county of __Kanawha__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846 | Attempted Possession with the Intent to Distribute Fentanyl, a schedule II controlled substance |

This criminal complaint is based on these facts:

On October 3, 2024, Investigators intercepted a USPS Parcel destined for 1002 2nd Avenue, Charleston, WV 25302. On October 3, 2024, Investigators obtained and executed a federal search warrant for the parcel and recovered approximately 572.2 grams of powder which field tested positive for fentanyl inside. On October 4, 2024, Investigators conducted a controlled delivery of the seized parcel to 1002 2nd Avenue, Charleston, WV 25302. After investigators delivered the parcel to the residence, it was taken inside by Tyrece Phillips. Shortly after it was taken inside, investigators executed a federal search warrant for the residence located at 1002 2nd Avenue, Charleston, WV 25302 and observed Tyrece Phillips with the sham substance used in the controlled delivery of the seized parcel in his hands in the upstairs bathroom. Investigators also located items such as a scale with residue and a large fold of U.S. currency inside the residence. Based upon your affiant's training and experience, these items are consistent with items possessed by individuals involved in the distribution of controlled substances and that the weight/amount of the fentanyl recovered from the seized parcel is consistent with distribution level quantities. Finally, during a mirandized interview, Tyrece Phillips admitted to accepting and opening the seized parcel, and admitted to planning to distribute the contents of the parcel, which he believed was 14 grams of pure heroin.

☐ Continued on the attached sheet.

_____
Complainant's signature

Brandon S. Holestine, United States Postal Inspector
Printed name and title

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1

Date: Oct. 7, 2024

_____
Judge's signature

City and state: Charleston, West Virginia

Dwane L. Tinsley, United States Magistrate Judge
Printed name and title